JOSEPH W. RYAN, JR., P.C.

ATTORNEYS AT LAW

JOSEPH W. RYAN, JR.

MELVILLE LAW CENTER
225 OLD COUNTRY ROAD
MELVILLE, N.Y. 11747-3111
TELEPHONE: 631-629-4968
FACSIMILE: 631-629-4970
joeryanlaw@earthlink.net
WEBSITE: JoeRyanLaw.com

December 17, 2018

Hon. Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Frederick Puglisi, 92-1008 (JS)

Dear Judge Seybert,

    We object to the government effort to delay the resentencing proceeding upon the ground the testimony of the surviving members of Anthony Latanzi is immaterial to deciding the issues before the Court. Nor do we not accept the proposition that the FBI cannot locate the family members since the resentencing hearing was scheduled more than one month ago on November 19, 2018.

    Thank you.

Respectfully,

JOSEPH W. RYAN, JR.